Case 1:23-cv-01319-AMN-DJS     Document 2     Filed 10/27/23     Page 1 of 8

STATE OF NEW YORK
SUPREME COURT                    COUNTY OF SCHENECTADY
-----------------------------------------------------------------------------------
LILIAN R. CHASE, as Temporary Administrator
of the Estate of

        ERIC R. WELCH,                                    **SUMMONS**

             Deceased,                                **INDEX NO.:**
                  Plaintiff,

      -against-

REGINALD L. COOK and
SEA-RAINE INC.,

              Defendants.
-----------------------------------------------------------------------------------

**TO THE ABOVE NAMED DEFENDANTS:**

      **YOU ARE HEREBY SUMMONED** and required to serve upon plaintiffs' attorneys an

answer to the complaint in this action, within twenty (20) days after the service of this summons,

exclusive of the day of service, or within thirty (30) days after service is complete if this summons

is not personally delivered to you within the State of New York.  In case of your failure to answer,

judgment will be taken against you by default for the relief demanded in the complaint.

      Plaintiff designates Schenectady County as the place of trial.

      The basis of venue is that Plaintiff resides within the County of Schenectady.

**Dated:** October 4, 2023

                    By:_____
                        Peter J. Hickey, Esq.
                        HARDING MAZZOTTI, LLP
                        *Attorneys for Plaintiffs*
                        1 Wall Street
                        Post Office Box 15141
                        Albany, New York 12212-5141
                        (518) 862-1200

1

Case 1:23-cv-01319-AMN-DJS    Document 2    Filed 10/27/23    Page 2 of 8

STATE OF NEW YORK
SUPREME COURT               COUNTY OF SCHENCTADY

---------------------------------------------------------------------------------

LILIAN R. CHASE, as Temporary Administrator
of the Estate of

       ERIC R. WELCH,

              Deceased,

                   Plaintiff,

      -against-

REGINALD L. COOK and
SEA-RAINE INC.,

                  Defendants.

**COMPLAINT**

**INDEX NO.:**

---------------------------------------------------------------------------------

    Plaintiff, Lilian R. Chase, as Temporary Administrator of the Estate of Eric R. Welch,

Deceased, complaining of the Defendants by and through her attorneys, Harding Mazzotti LLP,

respectfully alleges as follows:

    1.      Plaintiff, Lilian R. Chase, is a resident of the County of Schenectady, State of New

York.

    2.      That at all times hereinafter mentioned, Plaintiff's decedent, Eric R. Welch, was a

resident of the County of Schenectady, State of New York.

    3.      Upon information and belief, and on or about September 18, 2023, Plaintiff, Lilian

R. Chase, was appointed Temporary Administrator of the Estate of Eric R. Welch, by Order of the

Surrogate's Court of the State of New York, County of Schenectady.

    4.      Upon information and belief, and at all times hereinafter mentioned, Defendant,

Reginald L. Cook, was and still is a resident of the State of Georgia.

2

Case 1:23-cv-01319-AMN-DJS    Document 2    Filed 10/27/23    Page 3 of 8

5.      Upon information and belief, and at all times hereinafter mentioned, Defendant, Sea-Raine Inc., was a corporation duly organized and existing pursuant to the laws of the State of Georgia.

6.      Upon information and belief, on or about August 26, 2022, Defendant, Reginald L. Cook, was the owner of a 2015 Freightliner tractor, bearing Georgia state registration, C225DP.

7.      Upon information and belief, on or about August 26, 2022, Defendant, Sea-Raine Inc., was the owner of a 2015 Freightliner tractor, bearing Georgia state registration, C225DP.

8.      Upon information and belief, and at all times hereinafter mentioned, Defendant, Reginald L. Cook, was operating said 2015 Freightliner tractor owned by Defendant, Sea-Raine Inc., with the knowledge, permission and consent of the Defendant, Sea-Raine Inc..

9.      Upon information and belief, and at all times hereinafter mentioned, Defendant, Reginald L. Cook, was acting within the scope of his employment and/or agency of Defendant, Sea-Raine Inc.

10.     That on or about August 26, 2022, New York State Route 87, in the City of Albany, County of Albany, State of New York, was and still is a public highway.

11.     Plaintiff's causes of action fall within one or more of the enumerated exceptions contained in Section 1602 of the CPLR.

### AS AND FOR A FIRST CAUSE OF ACTION
### AGAINST DEFENDANTS:

12.     Plaintiff repeats, reiterates and realleges each and every allegation contained in the Complaint herein, all with the same force and effect as though set forth fully at this point.

3

Case 1:23-cv-01319-AMN-DJS    Document 2    Filed 10/27/23    Page 4 of 8

13.     That on August 26, 2022, at approximately 2:54 pm, Defendant, Reginald L. Cook, was operating said 2015 Freightliner tractor on New York State Route 87, proceeding in a southbound direction, approaching mile marker 145.2, in the City of Albany, County of Albany, State of New York.

14.     That on August 22, 2022, at approximately 2:54 pm, the Plaintiff's decedent, Eric R. Welch, was operating a 2012 Toyota motor vehicle, bearing New York registration KKW4108, proceeding in a southbound direction, approaching mile marker 145.2, in the City of Albany, County of Albany, State of New York.

15.     That at said time and place, the 2015 Freightliner tractor that was being operated by the Defendant, Reginald L. Cook, was towing a 2013 Great Dane van trailer, bearing Alabama state registration 11AA8EN.

16.     That at said time and place, the Defendant, Reginald L. Cook, was attempting to maneuver the 2015 Freightliner tractor, while towing the 2013 Great Dane van trailer, from the westerly shoulder of New York State Route 87 back onto the southbound lanes of travel.

17.     At said date and place, Defendant, Reginald L. Cook, so carelessly and negligently managed, operated and controlled said 2015 Freightliner tractor, while towing the 2013 Great Dane van trailer, that the same was caused to cross in front of oncoming traffic, including the vehicle operated by the Plaintiff's decedent herein, causing the vehicle operated by the Plaintiff's decedent, Eric R. Welch, to violently collide with the 2013 Great Dane van trailer.

18.     That said violent collision caused the Plaintiffs' decedent, Eric R. Welch, to suffer severe personal injuries ultimately resulting in his untimely death.

19.     Said collision, injuries and resulting death of Eric R. Welch were

4

caused and contributed to solely by reason of the careless and negligent acts, omissions and/or

conduct of Defendant, Reginald L. Cook, without any negligence on the part of plaintiffs'

decedent, Eric R. Welch, contributing thereto.

20.    That Defendant, Sea-Raine Inc., is liable and responsible for the negligent acts of

Defendant, Reginald L. Cook, pursuant to Section 388 of the New York State Vehicle and Traffic

Law.

21.    That Defendant, Sea-Raine Inc., is liable and responsible for the negligent acts of

its employee and/or agent, Defendant, Reginald L. Cook, pursuant to respondeat superior.

22.    By reason of the foregoing, Plaintiff's decedent, Eric R. Welch, sustained a "serious

injury" as defined in Subsection (d) of Section 5102 of the Insurance Law of the State of New

York.

23.    That as a result of the aforesaid occurrence, Plaintiff's decedent, Eric R. Welch,

sustained economic loss greater than "basic economic loss" as that term is defined in Article 51

of the Insurance Law of the State of New York.

24.    That Plaintiff's decedent, Eric R. Welch, is survived by his minor children, C. W.

(D/O/B: ███████ ), L.W. (D/O/B: ███████ ), A.W. (D/O/B: ███████ ), B.W. (D/O/B:

███████ ) and A.A.L.W. (D/O/B: ███████ .

25.    By reason of the wrongful death of the Plaintiff's decedent, Plaintiff, Lilian R.

Chase, as Temporary Administratrix of the Estate of Eric R. Welch, incurred, became liable for

and/or paid medical, hospital and/or other expenses of various amounts as Temporary

Administratrix and on behalf of the Decedent.

5

INDEX NO. 2023-1739
RECEIVED NYSCEF: 10/09/2023

Case 1:23-cv-01319-AMN-DJS    Document 2    Filed 10/27/23    Page 6 of 8

26.     Upon information and belief, Plaintiff's decedent, Eric R. Welch, provided assistance, guidance, support and services to his family, including his minor children, C. W. (D/O/B: ████████), L.W. (D/O/B: ████████), A.W. (D/O/B: ████████), B.W. (D/O/B: ████████) and A.A.L.W. (D/O/B: ████████).

27.     That by reason of the wrongful death of the Plaintiff's decedent, Eric R. Welch, his family, including his minor children, has suffered substantial pecuniary injuries, including loss of assistance, guidance, support, services and the prospect of future accommodations.

28.     As a result of the aforementioned negligence of the Defendants, Plaintiff has been damaged by the Defendants in a sum in excess of the monetary jurisdictional limits of all lower courts which would otherwise have jurisdiction over this action.

## AS AND FOR A SECOND CAUSE OF ACTION AGAINST DEFENDANTS:

29.     Plaintiff repeats, reiterates and realleges each and every allegation contained in the Complaint herein, all with the same force and effect as though set forth fully at this point.

30.     That upon information and belief, and as a result of Defendants' negligence and without any negligence on the part of Plaintiff's decedent, Etic R. Welch, contributing thereto, Plaintiff's decedent, Eric R. Welch, sustained severe personal injuries and consciously suffered excruciating pain, as well as awareness and fear of his impending death, from the moment that he was injured until he expired on August 31, 2022.

31.     That as a result of Defendants' negligence, Plaintiff's decedent, Eric R. Welch, suffered damages for conscious pain and suffering in a sum of money having a present value which exceeds the jurisdictional limits of all lower courts which would otherwise have jurisdiction of this matter.

6

INDEX NO. 2023-1739
Case 1:23-cv-01319-AMN-DJS    Document 2    Filed 10/27/23    Page 7 of 8
RECEIVED NYSCEF: 10/09/2023

**WHEREFORE**, Plaintiff demands judgment against Defendants on the First and Second Causes of Action in a sum of money having a present value that exceeds the jurisdictional limits of all lower courts that would otherwise have jurisdiction over this matter, together with the costs and disbursements of this action, and such other and further relief as the Court and jury may deem just and proper.

**DATED:** October 4, 2023

By: _____

Peter J. Hickey, Esq.
HARDING MAZZOTTI, LLP
*Attorneys for Plaintiffs*
1 Wall Street
Post Office Box 15141
Albany, New York 12212-5141
(518) 862-1200

7

New York State Department of Motor Vehicles

# POLICE REPORT FOR FATAL MOTOR VEHICLE ACCIDENTS

MV-104D (3/02)



Page  1  of  1  Pages

| Local Code<br>AL22-1094<br>SP2T23FT0307 | Accident Date<br>Month 08 / Day 26 / Yr. 2022 | Military Time<br>14:54 | County<br>ALBANY | City/Town/Village<br>ALBANY, CITY OF | No. Killed<br>1 | No. Vehicles<br>2 | Work Related<br>☐Yes ☑No |
|---|---|---|---|---|---|---|---|

Name and Address of Deceased
1: WELCH, ERIC R                158 REMSEN STREET   COHOES NY 12047

## ACCIDENT DATA

| Speed Limit (MPH)<br>65 | Location (Route or Street Name)<br>INTERSTATE 87 MPM 145.2 SB |
|---|---|

Estimated Speed:

Vehicle 1 _____ MPH ☑ Unknown    Vehicle 2 __90__ MPH ☐ Unknown    Vehicle _____ MPH ☐ Unknown

Vehicle Model (for example, Mustang or Corvette):

Vehicle 1  COROLLA           Vehicle 2  FREIGHTLINER          Vehicle _____

Roadway Surface:

☐ Concrete   ☑ Blacktop   ☐ Brick or Block   ☐ Dirt   ☐ Slag   ☐ Gravel   ☐ Stone   ☐ Other

| No. of Lanes<br>3 | Roadway Flow: ☐ One Way Traffic<br>☐ Divided highway, other barrier or barrier type unknown | ☐ Divided highway, median strip | ☑ Divided highway, guard rail<br>☐ Not physically divided |
|---|---|---|---|

| EMERGENCY MEDICAL SERVICES * <br>Time (Military):<br>Notified ........ 14:54<br>Arrived at Scene .... 15:04<br>Arrived at Hospital .... 16:00 | HOSPITAL INFORMATION<br>If the victim was taken to a hospital outside of NYS, give name, county and state of that hospital:<br>1: ALBANY – ALBANY MEDICAL CENTER HOSPITAL<br><br>If the victim was transferred to another hospital (after initial transportation), give the name, county and state of that hospital: |
|---|---|

## OCCUPANT DATA

| Name | Deceased Yes/No | Time of Death | Extricated Yes/No** | Type of Extrication Equip. Used | Air Bags Deployed Yes/No | Air Bags Not in Vehicle | Initial Point of Impact to Vehicle*** |
|---|---|---|---|---|---|---|---|
| **VEHICLE 1** Driver WELCH, ERIC R | YES | 08:00 | YES | JAWS | YES | NO | 02 – FRONT CENTER |
| Passenger | | | | | | | |
| Passenger | | | | | | | |
| **VEHICLE 2** Driver COOK JR, REGINALD L | NO | | YES | FIRE DEPARTMENT | YES | NO | 15 – TRAILER |
| Passenger | | | | | | | |
| Passenger | | | | | | | |
| **VEHICLE** Passenger | | | | | | | |
| Passenger | | | | | | | |

\* This includes any type of EMS service (for example, fire, police, private). If you are unable to furnish the EMS data, please give the name, address and plate number of the ambulances so we can contact them:

\*\* To be "extricated", the victim must be pried from the wreckage. Unfastening the seat belt is not considered "extricated".

\*\*\* Indicate the first area of the vehicle that was impacted, for example, right front, undercarriage.

Additional Information

| SIGN HERE | Officer's Rank and Signature<br>TROOPER | Badge/ID No<br>3700 | Department<br>10105 | Precinct/Post Troop/Zone<br>T2 | Station/Beat/ Sector<br>11 | Reviewing Officer<br>MARANO, NICHOLAS | Date/Time Reviewed<br>12/4/2022<br>16:11 |
|---|---|---|---|---|---|---|---|
| | Print Name in Full  RAMIREZ C GRIMES | | | | | | |