UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

LILIAN R. CHASE, as Temporary Administrator
of the Estate of ERIC R. WELCH, Deceased,

                          Plaintiff,

  -against-

REGINALD L. COOK and SEA-RAINE, INC.,

                         Defendants.

**NOTICE OF CONSENT MOTION**

Civil Action No.:
1:23-cv-1319 (TJM/DJS)

## NOTICE OF CONSENT MOTION TO APPROVE SETTLEMENT, ATTORNEY'S FEES AND DISBURSEMENTS

| | |
|---|---|
| Motion By: | Plaintiff, Lilian R. Chase, as Administrator of the Estate of Eric R. Welch, Deceased |
| Relief Requested: | An Order pursuant to NY EPTL § 5-4.6 approving settlement of this action including attorney's fees and disbursements and referring all other matters to New York State Surrogate's Court for Schenectady County, for determination of distribution. |
| Supporting papers: | Notice of Consent Motion dated December 30, 2024; Affidavit of Lilian R. Chase, sworn to on the 1st day of August, 2024 and Affidavit of Peter J. Hickey, Esq., sworn to on the 30th day of December, 2024. |
| Place: | Hon. Anne M. Nardacci, USDJ<br>United States District Court<br>Northern District of New York<br>James T. Foley U.S. Courthouse<br>445 Broadway, Albany NY |
| Date and time: | To be determined by the Court |
| Reply papers: | Pursuant to Local Rules, plaintiff reserves the right to file reply papers if necessary. |

Dated: December 30, 2024

By: _____
Peter J. Hickey, Esq. (103546)
HARDING MAZZOTTI, LLP
Attorneys for Plaintiff Lilian R. Chase, as
Administrator of the Estate of Eric R. Welch
1 Wall Street
Albany, New York 12212-5141
(518) 862-1200
Peter.Hickey@1800LAW1010.com

TO: Karen A. Ondrovic, Esq.
ONDROVIC & PLATEK, PLLC
Attorneys for Defendants Reginald L. Cooke and
Sea-Raine, Inc.
303 Old Tarrytown Road
White Plains, New York    10603
(914) 821-5300
Karen.ondrovic@ondrovicplateklaw.com

2