UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

LILIAN R. CHASE, as Temporary Administrator
of the Estate of ERIC R. WELCH, Deceased,

                                           Plaintiff,

    -against-

REGINALD L. COOK and SEA-RAINE, INC.,

                                        Defendants.

**ORDER**

Civil Action No.:
1:23-cv-1319
(AMN/DJS)

_____

PRESENT Hon. Anne M. Nardacci, USDJ:

       This matter having come before this Court by Notice of Motion dated December 30, 2024, pursuant to New York EPTL section 5-4.6 seeking consent to compromise and settle the above entitled wrongful death lawsuit and seeking transfer upon such consent to the Surrogate's Court for the County of Schenectady for determination and allocation of settlement proceeds, and upon reading and filing the Affidavit of Lilian R. Chase, Administrator of the Estate of Eric R. Welch, sworn to the 1st day of August, 2024, and the Affidavit of Peter J. Hickey, Esq., sworn to the 30th day of December, 2024, with exhibits annexed thereto; and having been heard at and for a regular term of this Court on the _____ day of _____, 2025, and the defendants having consented to the relief requested herein, and there being no opposition by or from the defendants, Reginald L. Cook and Sea-Raine, Inc., and it being the intention of the parties to file a stipulation of dismissal pursuant to Local Rule 41; and upon due deliberation and all proceedings heretofore had herein,

**NOW**, upon the motion of plaintiff, Lilian R. Chase, as Administrator of the Estate of Eric R. Welch, by and through counsel, Harding Mazzotti, LLP, it is:

**ORDERED** that the Motion of Lilian R. Chase ~~Welch~~, as Administrator of the Estate of Eric R. Welch, seeking consent to compromise and settle the above-entitled wrongful death lawsuit for the total amount of Eight Hundred Thousand Dollars ($800,000.00) is granted and the claim for wrongful death of Eric R. Welch is settled in the amount of Eight Hundred Thousand Dollars ($800,000.00); and it is further

**ORDERED** that the plaintiff administrator is directed to deliver to defendants, Reginald L. Cook and Sea-Raine, Inc., and their insurer a general release together with a stipulation of discontinuance on the merits which shall be held in escrow until full and final payment has been made, and the plaintiff has been directed to execute any other instruments as may be necessary or required to effectuate the settlement; and it is further

**ORDERED** that payment to Harding Mazzotti, LLP, in accordance with the Retainer Agreement, shall be made in the total sum of Two Hundred Eighty One Thousand Seventy Four Dollars and 94 cents ($281,074.94), representing payment of disbursements to date in the sum of Fourteen Thousand Fourt Hundred Eight Dollars and 28 cents ($14,408.28) and legal fees of Two Hundred Sixty Six Thousand Six Hundred Sixty Six Dollars and 66 cents ($266,666.66); and it is further

**ORDERED** that all other matters and issues not decided by this Court are hereby referred to Schenectady County Surrogate's Court for determination and manner of distribution of the net proceeds to Eric Welch's distributees, the beneficiaries of the estate; and it is further

**ORDERED** that Reginald L. Cook and Sea-Raine, Inc., by and through their insurer, be

2

directed to pay within thirty (30) days of the filing of this Court's Order approving the settlement and the receipt of a duly executed Release, plaintiff's counsel's fees and disbursements, the following:

Eight hundred thousand dollars ($800,000.00) payable to Lilian R. Chase, as Administrator of the Estate of Eric R. Welch and Harding Mazzotti, LLP; and it is further,

**ORDERED**, that pursuant to EPTL section 5-4.6(a)(1), Harding Mazzotti, LLP, attorneys for the Estate shall pay from the account all due and payable expenses, *excluding attorneys' fee*s, including:

a.      Legal disbursements and expenses to Harding Mazzotti, LLP of Fourteen Thousand, Four Hundred and Eight Dollars and 28 cents ($14,408.28) Two Hundred Eighty One Thousand Seventy Four Dollars and 94 cents  ($281,074.94); and it is further

**ORDERED**, that pursuant to EPTL 5-4.6(a)(2), attorneys' fees in the amount of Two Hundred Sixty Six Thousand Six Hundred Sixty Six Dollars and 66 cents ($266,666.66) shall be immediately payable to Harding Mazzotti, LLP from the abovementioned escrow account upon submission to this Court of proof of filing of the Petition for allocation and distribution in the Surrogate's Court for the County of Schenectady; and it is further

**ORDERED** that the balance of the settlement proceeds in the amount of Five Hundred Eighteen Thousand Nine Hundred Twenty Five Dollars and 06 cents ($518,925.06) for the Estate of Eric R. Welch, shall be deposited into an interest bearing trust or escrow account and/or any sum(s) or portion(s) of said balance of settlement proceeds that may be paid into structured settlement(s) on behalf of the estate beneficiary be held until further order of the Schenectady County Surrogate's Court directing the determination and manner of distribution of said proceeds is made, filed and served and/or any sum(s) or portion(s) of said balance of settlement proceeds

that may be paid into structured settlement(s) or annuities on behalf of the minor estate beneficiary and administrator fees, if any; and it is further

**ORDERED**, that pursuant to EPTL 5-4.6(a)(3), attorneys for the Estate of Eric R. Welch, shall continue to serve as attorneys for the Estate until entry of a final Decree by the Surrogate's Court for the County of Schenectady; and it is further

**ORDERED,** that this Court direct its continuing jurisdiction for purposes of enforcing this Order and settlement beyond the filing of a stipulation of discontinuance.

Signed this __21st__ day of __January__, 2025 at Albany, New York

_Anne M. Nardacci_
Hon. Anne M. Nardacci, USDJ